**Order filed September 30, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00583-CV
_____

### ALPER KARAALI, Appellant

### V.

### PETROLEUM WHOLESALE, L.P., Appellee

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-44275**

## ORDER

On September 11, 2014, this court ordered a partial clerk's record on appellant's claim of indigence. The partial record was filed September 24, 2014.

The record reflects that Harris County filed a timely contest on July 25, 2014, to appellant's affidavit of indigence filed July 18, 2014. According to the record, when Harris County filed its contest, it requested a 20-day extension of time for the hearing on the contest. The partial record does not contain an order granting the extension. The record reflects that the hearing was set for August 4,

2014.

The Texas Rules of Appellate Procedure contain deadlines for filing and ruling on contests to claims of indigence. The hearing on a contest to an affidavit of indigence must be held within 10 days after the contest is filed. Tex. R. App. P. 20.1(i)(2). The rule permits one extension of up to 20 days. *See id.* at 20.1(i)(3). The trial court must sign an order ruling on the contest "within the period set for the hearing." *Id.* at 20.1(i)(4). The trial court signed the order sustaining the contest on August 19, 2014. Therefore, it is necessary to determine if the trial court granted an extension of time to conduct the hearing.

We order the Harris County District Clerk to file a supplemental clerk's record with the clerk of this court on or before **October 10, 2014,** containing the trial court's order, if any, granting an extension of time to conduct the hearing on the contest to appellant's affidavit of indigence.

If the requested document is not a part of the case file, the district clerk's office is directed to file a certified statement that the document is not part of the case file.

PER CURIAM